## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDREW DARVIN HERSH,                    :       Civil No. 3:16-cv-1994
                                        :
            Petitioner                  :       (Judge Mariani)
                                        :
      v.                                :
                                        :
MARK GARMAN, SUPERINTENDENT             :
STATE CORRECTIONAL INSTITUTION          :
AT ROCKVIEW,                            :
                                        :
            Respondent                  :

## ORDER

**AND NOW**, this _17th_ day of October, 2016, upon consideration of the petition for

writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the

Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1.    The petition for writ of habeas corpus is **DISMISSED** without prejudice for
      lack of jurisdiction.  (Doc. 1).

2.    The Clerk of Court is directed to **CLOSE** this case.


                                    Robert D. Mariani
                                    United States District Judge